## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARGARET MONCAYO** * | **CIVIL ACTION NO.** |
| * | |
| * | **DISTRICT JUDGE** |
| **VERSUS** * | |
| * | |
| **PROTECTIVE INSURANCE COMPANY*** | **MAGISTRATE JUDGE** |
| **CUSTOM DELIVERY SERVICES, INC.,** * | |
| **FEDEX GROUND PACKAGE SYSTEM,** * | |
| **INC and DAVID LEYENDECKER** * | |
| ********************************************** | |

## NOTICE OF REMOVAL

**TO:   THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF LOUISIANA**

**NOW INTO COURT**, through undersigned counsel, come Defendants, Protective Insurance Company, FedEx Ground Package System, Inc., Custom Delivery Services, Inc. and David Leyendecker, which respectfully aver as follows:

1.

On or about May 9, 2022, Plaintiff, Margaret Moncayo, filed a Petition for Damages in the 21st Judicial District Court for the Parish of Tangipahoa, State of Louisiana, naming Protective Insurance Company, Custom Delivery Services, Inc., FedEx Ground Package System, Inc. and David Leyendecker as Defendants.  That suit bears docket number 2022-1147, was assigned to Division "D", and is captioned "*Margaret Moncayo v.*

*Protective Insurance Company, Custom Delivery Services, Inc., FedEx Ground Package System, Inc. and David Leyendecker"*.  A copy of the Petition for Damages is attached hereto as Exhibit "A".

2.

Service of the Petition for Damages was requested on Protective Insurance Company, through the Louisiana Secretary of State, and Protective Insurance Company was served on or about May 18, 2022.

3.

Service of the Petition for Damages was requested on FedEx Ground Package System, Inc. through the CT Corporation and FedEx Ground Package System, Inc. was served on or about May 18, 2022.

4.

Service of the Petition for Damages was requested on Custom Delivery Services, Inc. through registered Agent Solutions, Inc. and Custom Delivery Services, Inc. was served on or about May 18, 2022.

5.

Service of the Petition for Damages was requested on David Leyendecker through the Louisiana Long Arm Statute and David Leyendecker was served on May 11, 2022.  A copy of the Affidavit of Service evidencing service on David Leyendecker is attached hereto as Exhibit "B".

6.

It was not facially apparent from the Petition for Damages that the case was removable pursuant to 28 U.S.C § 1331.  Specifically, it was not facially apparent from

the Petition for Damages that the amount in controversy exceeded $75,000, exclusive of interest and costs, as is required for removal under diversity of citizenship. The Petition for Damages was silent, or at best, its allegations were vague and ambiguous with respect to the amount in controversy. See attached Exhibit "A". There was no specific allegation as to whether the amount in controversy exceeded the sum of $75,000, exclusive of interest and costs, as required by Article 893 of the Louisiana Code of Civil Procedure.

7.

On or about July 6, 2022, Counsel for the Plaintiff was served with Defendants' Request for Admissions regarding whether Plaintiff's claim for damages was in excess of $75,000 exclusive of interest and costs. See attached Exhibit "C".

8.

On or about July 8, 2022, undersigned counsel was served with Plaintiff's Response to Defendants Request for Admissions, in which, for the first time, she admitted that she was claiming damages in excess of $75,000, exclusive of interest and costs. See attached Exhibit "D".

9.

Based upon the allegations of Response to Request for Admission, it is clear that the amount in controversy exceeds $75,000, exclusive of interest and costs.

10.

This Notice of Removal is filed within thirty (30) days of service of the Plaintiff's Response to Defendants; Request for Admissions, which was the first paper from which it could be ascertained that the case was removal, and is therefore timely.

11.

Plaintiff, Margaret Moncayo, is a citizen of the State of Louisiana. (See attached Exhibit "A", Plaintiff's Petition for Damages).

12.

Defendant, Protective Insurance Company, is a foreign insurance company incorporated under the laws of the State of Indiana and having its principal place of business in the State of Indiana. (See attached Exhibit "E", Details for Protective Insurance Company from Louisiana Department of Insurance.)

13.

Defendant, David Leyendecker, is a citizen of the State of Mississippi. (See attached hereto as Exhibit "B", Affidavit of Service).

14.

Defendant, Custom Delivery Services, Inc., is a foreign corporation under the laws of the State of Mississippi and having its principal place of business in the State of Mississippi. (See attached Exhibit "F", corporate information from the Mississippi Secretary of State.)

15.

Defendant, FedEx Ground Package System, Inc., is a corporation incorporated under the laws of the State of Delaware and having its principal place of business in the State of Pennsylvania. (See attached Exhibit "G," document from Louisiana Secretary of State).

16.

Accordingly, there is complete diversity of citizenship between the Plaintiff and all named defendants.  As of the date of the filing of this Notice of Removal, Plaintiff has agreed to dismiss Protective Insurance Company as a Defendant. (See attached Exhibit "H", Proposed Motion and Order of Dismissal).

17.

In accordance with the foregoing, this is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a) and is one which may be removed to this Court by Defendants pursuant to 28 U.S.C. § 1441, in that it is a civil action wherein the amount in controversy exceeds $75,000, exclusive of interest and costs, and is between citizens of different states.

18.

In accordance with 28 U.S.C. § 1446(d), Defendants will provide appropriate notice of this removal to the parties, and to the Clerk of Court for the 4th Judicial District Court for the Parish of Tangipahoa, State of Louisiana.

**JURY DEMAND**

Defendants are entitled to and request trial by jury on all issues herein.

**WHEREFORE**, Defendants, FedEx Ground Package System, Inc. and Protective Insurance Company, pray that the action entitled *"Margaret Moncayo v. Protective Insurance Company, Custom Delivery Services, Inc., FedEx Ground Package System, Inc. and David Leyendecker",* bearing docket number 2022-1147, was assigned to Division "D" of the 21st Judicial District Court for the Parish of Tangipahoa, State of

Louisiana, be removed from that State Court docket to the United States District Court for the Middle District of Louisiana.

        Respectfully submitted,

*/s/ Raymond Augustin, Jr.*
**C. MICHAEL PARKS, #19727**
**RAYMOND P. AUGUSTIN, JR., 02610**
**J. EDWARD McAULIFFE, III, #33969**
***Mouledoux, Bland, Legrand & Brackett***
701 Poydras Street, Suite 600
New Orleans, Louisiana 70139
Tel: (504) 595-3000; Fax: (504) 522-2121
Email: mparks@mblb.com
Email: raugustin@mblb.com
Email: emcauliffe@mblb.com
***Attorneys for Defendants, Protective Insurance Company, FedEx Ground Package System, Inc., David Leyendecker and Protective Insurance Company***

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing pleading has been delivered to all counsel of record, either through the CM/ECF system, depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery or by facsimile transmission, this 3rd day of August, 2022, at their last known address of record.

        /s/ Raymond P. Augustin, Jr.

        _____
        **RAYMOND P. AUGUSTIN, JR.**

h:\1204\210769 - moncayo\pleadings\removal\notice of removal.docx