| | |
|---|---|
| **MARGARET MONCAYO** | NUMBER:          SEC.: |
| **VERSUS** | **21st JUDICIAL DISTRICT COURT** |
| | **PARISH OF TANGIPAHOA** |
| **PROTECTIVE INSURANCE COMPANY, CUSTOM DELIVERY SERVICES, INC., FEDEX GROUND PACKAGE SYSTEM, INC., AND DAVID LEYENDECKER** | **STATE OF LOUISIANA** |

*************************************************************************

### PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, comes **MARGARET MONCAYO**, a resident of the full age of majority of the Parish of Tangipahoa, State of Louisiana, who respectfully represents:

**1.**

Made defendants herein are:

1. **PROTECTIVE INSURANCE COMPANY,** a foreign insurance company authorized to do and doing business in the State of Louisiana; with its agent for service of process being the Secretary of State for the State of Louisiana, the Honorable R. Kyle Ardoin;

2. **CUSTOM DELIVERY SERVICES, INC.**, a domestic corporation, with its agent for service of process being Registered Agent Solutions, Inc., 3867 Plaza Tower Drive, 1st Floor, Baton Rouge, Louisiana, 70816;

3. **FEDEX GROUND PACKAGE SYSTEM, INC.,** a foreign corporation, authorized to do and doing business in the State of Louisiana, with its agent for service of process being CT Corporation System, 3867 Plaza Tower Drive, Baton Rouge, Louisiana, 70816; and

4. **DAVID LEYENDECKER,** alleged on information and belief to be a resident of Franklin County, State of Mississippi, and the full age of majority.

**2.**

On or about June 15, 2021, at approximately 11:10 a.m., MARGARET MONCAYO was operating a 2018 Ford Expedition traveling in a southbound direction on LA Hwy. 1061 in the Parish of Tangipahoa, State of Louisiana.

**3.**

At approximately the same time and place, DAVID LEYENDECKER was operating a 2012 GMC Savana owned by Custom Delivery Services, Inc., traveling northbound on LA Hwy. 1061, in the Parish of Tangipahoa, State of Louisiana.

**4.**

DAVID LEYENDECKER attempted to make a left turn, crossed the center line, and struck MARGARET MONCAYO's vehicle, causing the subject injuries and damages in this matter.

**5.**

DAVID LEYENDECKER was issued a citation for failure to yield by the investigating officer.

**6.**

The acts of fault, negligence, and lack of skill by defendant, DAVID LEYENDECKER, which were the proximate cause of the collision, were as follows:

(i) Failing to keep a proper lookout;

(ii) Failing to have his automobile under control so as to keep it from striking the plaintiff's vehicle;

(iii) Failing to steer his automobile properly so as to avoid striking the plaintiff's vehicle while crossing the center line;

(iv) Failing to yield;

(v) Such other acts and omissions as will be shown on the trial, all of which were in contravention of the exercise of due care, prudence, and the laws of the State of Louisiana, which are specially pleaded as if and as though copied *in extenso*.

**7.**

As a result of this collision, MARGARET MONCAYO has sustained the following non-exclusive elements of damages:

a. Physical pain and suffering (past, present and future);

b. Mental anguish (past, present and future);

c. Loss of enjoyment of life (past, present and future);

d. Lost wages/earnings (past, present and future);

e. Medical Expenses (past, present and future); and

f. Other elements of damages developed during discovery and/or demonstrated with particularity at the trial of this matter.

**8.**

At the time of the accident, DAVID LEYENDECKER was in the course and scope of his employment with CUSTOM DELIVERY SERVICES, INC. and/or FEDEX GROUND

PACKAGE SYSTEM, INC., and, as such, CUSTOM DELIVERY SERVICES, INC. and/or FEDEX GROUND PACKAGE SYSTEM, INC., is vicariously liable for his actions.

**9.**

Additionally, CUSTOM DELIVERY SERVICES, INC. and/or FEDEX GROUND PACKAGE SYSTEM, INC. is responsible for its own acts of negligence, including but not limited to:

    a.    Negligently entrusting the vehicle to DAVID LEYENDECKER;

    b.    Failing to properly hire, train, and supervise DAVID LEYENDECKER;

    c.    Other acts of negligence which will be proven at trial.

**10.**

Petitioner alleges on information and belief that at the time of this accident there was in full force and effect a policy of insurance issued by defendant, PROTECTIVE INSURANCE COMPANY, under the terms of which it agreed to insure and indemnify defendants, DAVID LEYENDECKER, CUSTOM DELIVERY SERVICES, INC., and/or FEDEX GROUND PACKAGE SYSTEM, INC. from the damages asserted herein.

**WHEREFORE**, plaintiff, MARGARET MONCAYO, prays that defendants be served with this Petition, and after being duly cited to appear and answer same and the expiration of all legal delays and due proceedings are had, that there be judgment rendered herein in favor of Plaintiff, MARGARET MONCAYO and against Defendants, PROTECTIVE INSURANCE COMPANY, CUSTOM DELIVERY SERVICES, INC., FEDEX GROUND PACKAGE SYSTEM, INC., and DAVID LEYENDECKER**,** jointly and in solido, for such damages as are

reasonable in the premises, together with legal interest from the date of judicial demand until paid, all costs of these proceedings, and such equitable relief to which plaintiff may be entitled.

Respectfully submitted:

DUDLEY DEBOSIER INJURY LAWYERS


BY: _____
AMBER D. LORIO (#25147)
1075 Government Street
Baton Rouge, Louisiana  70802
Telephone:  (225) 379-3333
Fax:  (225) 239-7270
Email:  alorio@dudleydebosier.com
*Counsel for Plaintiff, MARGARET MONCAYO*

**PLEASE SERVE:**

CUSTOM DELIVERY SERVICES, INC.
*Through its Agent for Service of Process:*
Registered Agent Solutions, Inc.
3867 Plaza Tower Drive, 1st Floor
Baton Rouge, LA  70816

FEDEX GROUND PACKAGE SYSTEM, INC
*Through its Agent for Service of Process:*
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70816

PROTECTIVE INSURANCE COMPANY
*Through its Agent for Process of Service:*
The Louisiana Secretary of State,
The Honorable R. Kyle Ardoin
8585 Archives Avenue
Baton Rouge, LA 70809

**PLEASE SERVE VIA LONG ARM STATUTE:**

DAVID LEYENDECKER
2626 Scott Murray Road, A
Meadville, MS 39653
Phone:  769-204-9808

| | |
|---|---|
| **MARGARET MONCAYO** | **NUMBER:**          **SEC.:** |
| | **21st JUDICIAL DISTRICT COURT** |
| **VERSUS** | |
| | **PARISH OF TANGIPAHOA** |
| **PROTECTIVE INSURANCE COMPANY, CUSTOM DELIVERY SERVICES, INC., FEDEX GROUND PACKAGE SYSTEM, INC., AND DAVID LEYENDECKER** | **STATE OF LOUISIANA** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## REQUEST FOR NOTICE

In accordance with the provisions of Articles 1571 and 1572 of the Louisiana Code of Civil Procedure, you are hereby requested to send me, as counsel of record, written notice by mail, at least ten (10) days in advance of any date fixed for any trial or hearing on this case, whether on exceptions, rules, or on the merits thereof, or any assignment of fixing said case.

Also, in accordance with the provisions of Articles 1913 and 1914 of the Louisiana Code of Civil Procedure, you are hereby requested to send me immediate notice of any order or judgment made or rendered in this case, upon the entry of such order or judgment.

This Request for Notice is made with full reservation of all rights, and I ask that you file this Request in the record with my pleadings as formal notice of same.

Respectfully submitted:

DUDLEY DEBOSIER INJURY LAWYERS

BY: _____
AMBER D. LORIO (#25147)
1075 Government Street
Baton Rouge, Louisiana 70802
Telephone: (225) 379-3333
Fax: (225) 239-7270
Email: alorio@dudleydebosier.com
*Counsel for Plaintiff, MARGARET MONCAYO*

| | |
|---|---|
| **MARGARET MONCAYO** | **NUMBER:          SEC.:** |
| **VERSUS** | **21st JUDICIAL DISTRICT COURT** |
| | **PARISH OF TANGIPAHOA** |
| **PROTECTIVE INSURANCE COMPANY, CUSTOM DELIVERY SERVICES, INC., FEDEX GROUND PACKAGE SYSTEM, INC., AND DAVID LEYENDECKER** | **STATE OF LOUISIANA** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### PLAINTIFF'S FIRST SET OF INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS, and REQUESTS FOR ADMISSIONS

Plaintiff, **MARGARET MONCAYO**, through undersigned counsel, propounds the following Interrogatories, Requests for Production of Documents, and Requests for Admissions upon defendants, **PROTECTIVE INSURANCE COMPANY, CUSTOM DELIVERY SERVICES, INC., FEDEX GROUND PACKAGE SYSTEM, INC., and DAVID LEYENDECKER**, to be answered in writing, under oath, and within the time required by the Louisiana Code of Civil Procedure:

### INTERROGATORIES

**INTERROGATORY NO. 1:**

Please identify the person(s) responding to each and every one of the following Interrogatories, along with his/her address, relationship to defendant, telephone number, place of employment, work address, and phone number.

**INTERROGATORY NO. 2:**

Please identify any/all documents that the person(s) responding to each and every one of the following Interrogatories has referred to or relied upon in responding to these Interrogatories, along with the author, recipient, length in pages, date, present custodian, and a brief synopsis of the contents of each and every such document.

**INTERROGATORY NO. 3:**

With regard to defendant, DAVID LEYENDECKER, please state the following:

(A) Full legal name, address, date of birth, social security number, present spouse, any/all past spouses, and any/all children;

(B) Each and every address at which you have resided, owned or leased property, or maintained a domicile or business location, during the last 10 years;

(C) Name, address and telephone number of present employer and each and every employer for the past five (5) years;

(D) Whether you own your home and/or any other real property, and if so, State and Parish/County where any/all such property is located, along with municipal or legal address/description of all such property;

(E) Whether you owned any vehicle(s) at the time of this collision, and if so, year, make, model, and lien holder(s) for any/all such vehicles;

(F) For all vehicles identified in (E) above, list the insurance carrier and policy number in effect on the date of this collision.

(G) Whether you are employed, and if so,

    (1) Rate of pay and annual income at present and for each of the past five (5) years;
    (2) Any/all other sources of income, including spouse's income, for the past five (5) years;
    (3) Normal days and hours worked;
    (4) Whether you worked on the day of the collision; and
    (5) Whether you were on the job, or on a work-related mission at time of this collision.

(H) Whether you have been convicted of any crime(s), including any traffic offenses, during the past ten (10) years, and if so, please list each and every such offense, including the date, type of offense, disposition of any such offense, and sentence imposed;

(I) Whether you have been involved in any automobile collisions within the past five (5) years, and if so, the date, location, and a brief description of the circumstances surrounding each and every such collision, including whether anyone was injured, whether anyone was cited, and whether any insurance claim(s) or lawsuit(s) resulted therefrom and the disposition of same;

(J) Whether you are or have been a party to any lawsuits within the past 5 years, and if so, the caption, docket number, Court, Parish/County, State, date filed, name of your attorney, type and nature of proceeding, and current status or outcome of any such lawsuit(s);

(K) Please state any and all businesses, corporations, partnerships, or other legal entities in which you are an owner, officer, employee, or have any interest or involvement.

**INTERROGATORY NO. 4:**

Please identify any/all experts whom you have consulted or might call to testify at the trial of this matter, and state whether you have requested or obtained any reports from such experts, and the date and custodian of each and every such report.

**INTERROGATORY NO. 5:**

Please state the name, address, telephone number, and a brief synopsis of the expected testimony of each and every witness who has information relevant to any issue in this proceeding or whom you may call at the trial of this matter.

**INTERROGATORY NO. 6:**

Please state the author, recipient, date, length in pages, type, present custodian, and a brief synopsis of the contents of each and every document or thing that you may introduce into evidence at the trial of this proceeding.

**INTERROGATORY NO. 7:**

Please state whether, at the time of the collision at issue in this proceeding, there existed a policy of insurance issued by/to defendant and/or which might provide coverage for the damages claimed by plaintiff(s), and, if so, please state the following:

(A) Policy number, effective date(s) and expiration date(s), types and limits of coverage, persons and vehicles insured under such policies and any/all other pertinent information regarding any such policy(ies) of insurance;

(B) Whether you contend that any limitations or exclusions of such policy(ies) in any way limit the coverage afforded to defendant for the damages alleged in this proceeding;

(C) Whether there exist any riders, endorsements, excluded drivers, or other modifications or amendments to such policy(ies), and recite in detail any/all such modifications or amendments in your responses hereto;

(D) Any/all persons insured under such policies, and state specifically whether defendant is a named insured under such policy(ies).

**INTERROGATORY NO. 8:**

If any statements, recordings, or video tape have been taken from/of any witnesses or persons concerning the facts of this collision or the nature, character and extent of the injuries referenced in the Petition, please state the date and place each statement, recording, or video was taken, the name and address of the party having custody of each statement, recording, or video and subject, person(s) taking and any/all person(s) present when each statement recording, or video was taken.

**INTERROGATORY NO. 9:**

Please state the name, address, and telephone number of the titled owner of the vehicle involved in this collision.

**INTERROGATORY NO. 10:**

Please state whether the damage to the vehicle(s) involved in this collision has been photographed, estimated, or appraised, and if so, please state the area(s) affected, the parts required and cost to repair or replace each such area, and the total dollar cost of such damage.

**INTERROGATORY NO. 11:**

If you contend that plaintiff or any third party is at fault for the collision sued upon herein, please state with specificity all acts of negligence you are contending, and against whom.

**INTERROGATORY NO. 12:**

If you contend that plaintiff or any third party is at fault for the collision sued upon herein, please list name, address, and phone number of all parties and/or witnesses you believe will support your contentions.

**INTERROGATORY NO. 13:**

Please identify any and all person(s) or entity(ies) who may have conducted surveillance, monitoring, investigation, or collected information regarding prior claims, lawsuits, credit histories, criminal record, employment history, or activities performed by plaintiffs since the date of this collision. With regard to any and all such person(s) and/or entity(ies), please state the following:

1. Name, address, and telephone number;
2. Relationship to defendant, including date retained and nature and amount of compensation;
3. Any and all dates and locations where and when such services were performed;
4. Whether written, video or audio recording(s) were collected or made on any of the dates mentioned above;
5. Any information obtained regarding prior claims, lawsuits, credit history, criminal record, or employment history; and
6. Present custodian(s) of any and all such recordings or writings identified above.

**INTERROGATORY NO. 14:**

Please state the following for each and every cellular phone in your or your spouse's name, or which you were using, or which was readily available for your use, on the date of the collision sued upon herein:

a. Cellular service provider;

b. Cellular phone number;

c. Account number; and

d. Accountholder's name

**INTERROGATORY NO. 15:**

Please identify the name, address, telephone number and title/position for any and all corporate representatives of CUSTOM DELIVERY SERVICES, INC., who are familiar with and knowledgeable about the items requested in Requests for Production of Documents #10 through #13, such that they could give a corporate deposition on said topics.

**INTERROGATORY NO. 16:**

Please identify the name, address, telephone number and title/position for any and all corporate representatives of CUSTOM DELIVERY SERVICES, INC., who are familiar with and knowledgeable about the items requested in Requests for Production of Documents #14, such that they could give a corporate deposition on said topics.

**INTERROGATORY NO. 17:**

Please identify the name, address, telephone number and title/position for any and all corporate representatives of CUSTOM DELIVERY SERVICES, INC., who are familiar with and knowledgeable about the items requested in Requests for Production of Documents #15, such that they could give a corporate deposition on the topic.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**REQUEST FOR PRODUCTION NO. 1:**

Please produce copies of each and every document described in Interrogatory No. 2, or which relates in any way to any issue in this case, or which you might rely upon or offer into evidence at the trial of this matter.

**REQUEST FOR PRODUCTION NO. 2:**

Please provide copies of any and all documents referred to, relied upon, or which in any way relate to any matters inquired of in Interrogatory No. 3 (e.g., tax returns, W-2's, collision reports, title(s), pleadings, Articles of Incorporation, Bylaws, etc.).

**REQUEST FOR PRODUCTION NO. 3:**

Please provide a copy of any correspondence to or from any experts consulted or retained in this matter, and provide a copy of any/all reports or other written documentation prepared by or received from such experts.

**REQUEST FOR PRODUCTION NO. 4:**

Please provide copies of any/all documents or things identified in connection with your response to Interrogatory No. 6.

**REQUEST FOR PRODUCTION NO. 5:**

Please provide copies of any/all policies described or referred to in connection with your response to Interrogatory No. 7, and all application(s), declarations pages, amendments, endorsements, or modifications or addenda thereto.

**REQUEST FOR PRODUCTION NO. 6:**

Please provide copies of any/all statements, recording(s), or videotape(s) described or referred to in connection with your response to Interrogatory No. 8.

**REQUEST FOR PRODUCTION NO. 7:**

Please produce copies of any and all estimates, appraisals, diagrams, invoices, photographs, or other documents or things of any nature or description evidencing, documenting, or showing the damages to the vehicle(s) involved in this collision, or in any way responsive to Interrogatory No. 10.

**REQUEST FOR PRODUCTION NO. 8:**

Please produce for inspection and/or copying any and all documents or things identified in response to Interrogatory No. 13, by whatever means or medium stored, including videotape, audiotape, or other electronic media or storage device(s).

**REQUEST FOR PRODUCTION NO. 9:**

Please produce all medical records of plaintiff in your possession, whether for treatment prior to or subsequent to the collision forming the basis for this suit.

**REQUEST FOR PRODUCTION NO. 10:**

Company manuals and/or guides regarding hiring, firing, and training of employees, specifically drivers.

**REQUEST FOR PRODUCTION NO. 11:**

Company manuals and/or guides regarding the guidelines for driving company vehicles.

**REQUEST FOR PRODUCTION NO. 12:**

Company manuals and/or guides regarding cell phone usage by employees while driving company vehicles.

**REQUEST FOR PRODUCTION NO. 13:**

Company manuals and/or guides regarding reprimanding employees for company violations.

**REQUEST FOR PRODUCTION NO. 14:**

Please produce all documents in possession of the company, whether stored electronically or in paper form, related in any manner to David Leyendecker, including but not limited to all documents in any type of employment file, personnel file, risk management file, safety file,

training file, or any other company file, as well as any and all documents in the possession of the company related in any manner to the collision sued upon herein.

**REQUEST FOR PRODUCTION NO. 15:**

Please produce all repair and maintenance records on the 2012 GMC Savana involved in the collision sued upon, from January 1, 2019 to present.

**REQUEST FOR PRODUCTION NO. 16:**

Please produce any and all impeachment evidence you have on plaintiff, whether you intend to use it at trial or not.

## REQUESTS FOR ADMISSIONS

**REQUEST FOR ADMISSION NO. 1:**

Please admit or deny that the insurance policy at issue in this litigation provides coverage in this particular case. If your response is a denial, please provide the basis for the denial and please state all facts and produce all evidence in your possession upon which you rely for the denial.

**REQUEST FOR ADMISSION NO. 2:**

Please admit or deny that there are no other insurance policies which provide or may provide any insurance coverage in this matter to compensate plaintiff for losses and damages sustained by plaintiff as alleged in the Petition. If your response is a denial, please provide the basis for the denial and please state all facts and produce all evidence in your possession upon which you rely for the denial.

**REQUEST FOR ADMISSION NO. 3:**

Please admit or deny that your representatives and/or attorneys have received documentation from plaintiff in the form of medical records, medical expenses, and other documentation regarding the losses and damages sustained by plaintiff. If your response is a denial, please provide the basis for the denial and please state all facts and produce all evidence in your possession upon which you rely for the denial.

**REQUEST FOR ADMISSION NO. 4:**

Please admit or deny that you were on a mission for a third party at the moment of collision. If your response is a denial, please provide the basis for the denial and please state all facts and produce all evidence in your possession upon which you rely for the denial.

**REQUEST FOR ADMISSION NO. 5:**

Please admit or deny that you were in the course and scope of your employment with a third party at the moment of collision. If your response is a denial, please provide the basis for the denial and please state all facts and produce all evidence in your possession upon which you rely for the denial.

**REQUEST FOR ADMISSION NO. 6:**

Please admit or deny that you were acting as an agent or representative for a third party at the moment of collision. If your response is a denial, please provide the basis for the denial and please state all facts and produce all evidence in your possession upon which you rely for the denial.

**REQUEST FOR ADMISSION NO. 7:**

Please admit or deny that you (and/or your insured) were the sole owner of the vehicle being driven and involved in the collision at issue. If your response is a denial, please provide the basis for the denial and please state all facts and produce all evidence in your possession upon which you rely for the denial.

**REQUEST FOR ADMISSION NO. 8:**

Please admit or deny that you (and/or your insured) may be subject to an excess judgment, and you have so advised your insured. If your response is a denial, please provide the basis for the denial and please state all facts and produce all evidence in your possession upon which you rely for the denial.

**REQUEST FOR ADMISSION NO. 9:**

Do you admit or deny that the incident alleged in the foregoing petition occurred on June 15, 2021?

**REQUEST FOR ADMISSION NO. 10:**

Do you admit or deny that the incident alleged in the foregoing petition occurred on LA Hwy. 1061 in Tangipahoa Parish?

**REQUEST FOR ADMISSION NO. 11:**

Do you admit or deny that the incident alleged in the foregoing petition involved a vehicle operated by DAVID LEYENDECKER?

**REQUEST FOR ADMISSION NO. 12:**

Do you admit or deny that the incident alleged in the foregoing petition involved a

vehicle owned by CUSTOM DELIVERY SERVICES, INC.?

**REQUEST FOR ADMISSION NO. 13:**

Do you admit or deny that at the time of the incident alleged in the foregoing petition, PROTECTIVE INSURANCE COMPANY provided insurance coverage to DAVID LEYENDECKER?

**REQUEST FOR ADMISSION NO. 14:**

Do you admit or deny that DAVID LEYENDECKER was paying attention to the roadway immediately prior to this collision?

**REQUEST FOR ADMISSION NO. 15:**

Do you admit or deny that DAVID LEYENDECKER is solely at fault for the collision sued upon herein?

These discovery requests are to be continuing in nature, and should you, your counsel, or anyone representing your interests learn of any additional information, documents, person or persons related to the subject matter of this discovery, you are requested and directed to furnish said information to the undersigned counsel timely.

Respectfully submitted:

DUDLEY DEBOSIER INJURY LAWYERS

BY: _____
AMBER D. LORIO (#25147)
1075 Government Street
Baton Rouge, Louisiana  70802
Telephone:  (225) 379-3333
Fax:  (225) 239-7270
Email:  alorio@dudleydebosier.com
*Counsel for Plaintiff, MARGARET MONCAYO*

**PLEASE SERVE WITH PETITION**

LOUISIANA CIVIL CASE REPORTING
Civil Case Cover Sheet - LA. R.S. 13:4688 and
Part G, §13, Louisiana Supreme Court General Administrative Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

**Suit Caption:** MARGARET MONCAYO
vs.
PROTECTIVE INSURANCE COMPANY, CUSTOM DELIVERY SERVICES, INC., FEDEX GROUND PACKAGE SYSTEM, INC., and DAVID LEYENDECKER

**Court:** 21st Judicial District Court   **Docket Number:** _____

**Parish of Filing:** Tangipahoa          **Filing Date:** _____

**Name of Lead Petitioner's Attorney:** Amber D. Lorio

**Name of Self-Represented Litigant: N/A**

**Number of named petitioners: 1   Number of named defendants: 4**

**Type of Lawsuit: Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):**

- _x_ Auto: Personal Injury
- _x_ Auto: Property Damage
- __ Auto: Wrongful Death
- _ Auto: Uninsured Motorist
- __ Asbestos: Property Damage
- __ Asbestos: Personal Injury/Death
- __ Product Liability
- __ Premise Liability
- __ Intentional Bodily Injury
- __ Intentional Property Damage
- __ Intentional Wrongful Death
- __ Unfair Business Practice
- __ Business Tort
- __ Fraud
- __ Defamation
- __ Professional Negligence
- __ Environmental Tort
- __ Medical Malpractice
- __ Intellectual Property
- __ Toxic Tort
- __ Legal Malpractice
- __ Other Tort (describe below)
- __ Other Professional Malpractice
- __ Redhibition
- __ Maritime
- __ Class action (nature of case)
- __ Wrongful Death          _____
- __ General Negligence

**Please briefly describe the nature of the litigation in one sentence of additional detail:**
Defendant, David Leyendecker, made a left turn into the path of plaintiff, causing injuries and damages.

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:
Name **Amber D. Lorio**        Signature_____
Address **Dudley DeBosier Injury Lawyers, 1075 Government Street, Baton Rouge, LA 70802**
Phone number: **225-379-3333**  E-mail address **alorio@dudleydebosier.com**